UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 DEC -6 A 9 45
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LATISHA WILSON | : CIVIL ACTION NO.: |
| | 300 CV 02197(CFD) |
| Vs. | |
| GREYHOUND LINES, INC. | |
| JOHN DOE #1 | |
| POLICE OFFICER JOSEPH TRAHAN | |
| JOHN DOES #2 THROUGH 10 | : DECEMBER 2, 2004 |

### MOTION FOR RELEASE OF FUNDS

Pursuant to Rule 8(a) of the Local Rules of Civil Procedure, on or about May 24, 2001 on behalf of the Plaintiff, the Law Offices of Ronald S. Johnson tendered a check in the amount of $500.00 as security for costs in the above-captioned matter. On or about, February 7, 2002 this case was finalized by a Settlement Agreement between the parties. Wherefore, the Plaintiff respectfully requests that these funds be released, and a check in the amount of $500.00 payable to Attorney Ronald S. Johnson, and forwarded to the undersigned counsel.

The Plaintiff, Latisha Wilson

By /s/ Ronald S. Johnson
Ronald S. Johnson
Law Office of Ronald S. Johnson
597 Farmington Avenue
Hartford, CT 06105
Federal Bar No. CT08577

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid on December 2, 2004, to the following:

Attorney Mark Newcity
Fitzhugh & Associates
100 Constitution Plaza Suite 600
Hartford, CT 06106

Attorney James J. Szerejko
Halloran and Sage, LLP
One Goodwin Square
Hartford, CT 06103

_____
Ronald S. Johnson