

Closed 3/13/20
0002197mtnre

FILED
2004 DEC -6 A 9:45
U.S. DISTRICT COURT
HARTFORD, CT.

Granted, absent objection. So ordered.
1/26/05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LATISHA WILSON                    : CIVIL ACTION NO.:
                                  : 300 CV 02197(CFD)
Vs.                               :
                                  :
GREYHOUND LINES, INC.             :
JOHN DOE #1                       :
POLICE OFFICER JOSEPH TRAHAN      :
JOHN DOES #2 THROUGH 10           : DECEMBER 2, 2004

## MOTION FOR RELEASE OF FUNDS

Pursuant to Rule 8(a) of the Local Rules of Civil Procedure, on or about May 24, 2001 on behalf of the Plaintiff, the Law Offices of Ronald S. Johnson tendered a check in the amount of $500.00 as security for costs in the above-captioned matter. On or about, February 7, 2002 this case was finalized by a Settlement Agreement between the parties. Wherefore, the Plaintiff respectfully requests that these funds be released, and a check in the amount of $500.00 payable to Attorney Ronald S. Johnson, and forwarded to the undersigned counsel.

The Plaintiff, Latisha Wilson

By /s/ Ronald S. Johnson
Ronald S. Johnson
Law Office of Ronald S. Johnson
597 Farmington Avenue
Hartford, CT  06105
Federal Bar No. CT08577

FILED
2005 JAN 27 A 8:11
U.S. DISTRICT COURT
HARTFORD, CT.